JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS SHOFF AND RICHARD TRAISTER,<br><br>        Plaintiffs,<br><br>   vs.<br><br>AT&T, SBC SERVICES, INC., SOUTHWESTERN BELL, YELLOW PAGES, INC., IYP GROUP, LLC, YELLOW PAGES.COM LLC AND/OR DOES 1 THROUGH 25, Inclusive,<br><br>        Defendants. | CASE NO. CV 07-3289 DSF (AGRx)<br><br>FINAL JUDGMENT<br><br>Judge:   Hon. Dale Fischer |

1       WHEREAS, on March 18, 2008, this Court granted preliminary approval to a settlement of this action;

      WHEREAS, the Court granted final approval to the settlement on October 20, 2008, finding that the settlement is fair, reasonable and adequate within the meaning of Federal Rule of Civil Procedure 23(e) and applicable law; and

      WHEREAS, the Court has found that the notice sent to the Class Members fairly and adequately informed the Class of the terms of the settlement, was consistent with Federal Rule of Civil Procedure 23 and due process, and was given in the manner prescribed by the Settlement Agreement and the Court's order preliminarily approving the settlement:

      This Court hereby enters final judgment in this case, and dismisses it with prejudice, in accordance with the terms of the Settlement Agreement and Joint Stipulation ("Settlement Agreement"), Order Granting Preliminary Approval, and the Order Granting Final Approval to Class Action Settlement ("Final Approval Order"). The Court hereby permanently enjoins and restrains all individuals from asserting any and all claims that were released pursuant to the Settlement Agreement and the Final Approval Order.

      Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the named Plaintiffs, the Class, and the Defendants for the purposes of supervising the implementation,

enforcement, construction and interpretation of the Settlement Agreement, and all orders and judgments entered in connection therewith.

IT IS SO ORDERED

Dated: 2/10/09

_____
Hon. Dale Fischer
United States District Judge